JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 17, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ____TS____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KESHIA GORDON, | No. CV 13-4606-SJO (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBORAH JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

August 16, 2015.

Dated: _____

_____
S. JAMES OTERO
United States District Judge